IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

NovaStar Mortgage, Inc.,                                        Case No. 3:07CV1175

           Plaintiff

          v.                                                    ORDER

George J. Weiler, et al.,

           Defendant

This is a foreclosure case in which the defendants failed to appear.

Pending is an Report and Recommendation by the Hon. Vernelis K. Armstrong, United States Magistrate Judge in which she recommends that judgment by default be entered in favor of the plaintiff and against the defendants.

No objection has been filed to the Magistrate Judge's Report and Recommendation. I have reviewed the Report and Recommendation *de novo*.

In view of the default by the defendants, and for the reasons expressed in the Report and Recommendation, which are hereby adopted and incorporated herein, it is hereby

ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of the undersigned.

The Clerk shall prepare an entry of judgment accordingly.

So ordered.

                                                                        s/James G. Carr
                                                                        James G. Carr
                                                                        Chief Judge